**Order filed August 30, 2012**



In The

# Fourteenth Court of Appeals

_____

NO. 14-11-00442-CV
_____

**CHARLES TRINH D/B/A THYBACH REBID, FARM & RANCH, Appellant's**

**V.**

**LANG VAN BUI, VIETNAMESE THERAVADA BUDDHIST SANGHA CONGREGATION, VTEX REALTY, INC., SOPHIA HUYNH, SEAFOOD PIER, LLC, LANDAMERICA PARTNERS TITLE COMPANY, PACIFIC INTERESTS PARTNERS, LP, CHRISTOPHER M. PHAM COMPANY, LLC, CHRISTOPHER M. PHAM, ET AL, Appellee's**

On Appeal from the 11th District Court
Harris County, Texas
Trial Court Cause No. 2009-49722

## O R D E R

The clerk's record was filed July 6, 2011. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain Defendant Pacific Interest Partners, LP., Et Al's motions for summary judgment filed November 24, 2010 and Defendant Seafood Pier, LLC's motion

to join defendants Vietnamese Theravada Buddhist Sangha Congregation Et Al Filed January 19, 2011.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before September 24, 2012, containing Defendant Pacific Interest Partners, LP., Et Al's motions for summary judgment filed November 24, 2010 and Defendant Seafood Pier, LLC's motion to join defendants Vietnamese Theravada Buddhist Sangha Congregation Et Al Filed January 19, 2011.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM